FILED

13 OCT -7 AM 10: 36

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DS  DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA MICHELLE MARQUEZ,<br><br>Petitioner,<br><br>vs.<br><br>SAN DIEGO SUPERIOR COURT,<br><br>Respondent. | CASE NO. 13-CV-2355-BEN (KSC)<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, accompanied by a motion to proceed in forma pauperis.

## IN FORMA PAUPERIS APPLICATION

Petitioner has filed a request to proceed in forma pauperis which reflects a $8.21 balance in her prison trust account. The filing fee associated with this type of action is $5.00. *See* 28 U.S.C. § 1914(a). It appears Petitioner can pay the requisite filing fee. Accordingly, the Court **DENIES** the request to proceed in forma pauperis, and **DISMISSES** the case without prejudice; Petitioner may submit a copy of this order along with the requisite fee or sufficient proof that she is unable to pay the fee no later than **December 2, 3013**, to have the case reopened.

## FAILURE TO NAME A PROPER RESPONDENT

Review of the Petition reveals that Petitioner has failed to name a proper respondent. On federal habeas, a state prisoner must name the state officer having

1 | custody of her as the respondent. *Ortiz-Sandoval v. Gomez*, 81 F.3d 891, 894 (9th Cir.
2 | 1996) (citing Rule 2(a), 28 U.S.C. foll. § 2254). "Typically, that person is the warden
3 | of the facility in which the petitioner is incarcerated." *Id.* Federal courts lack personal
4 | jurisdiction when a habeas petition fails to name a proper respondent. *See id.*

5 | The warden is the typical respondent. However, "the rules following section
6 | 2254 do not specify the warden." *Id.* "[T]he 'state officer having custody' may be
7 | 'either the warden of the institution in which the petitioner is incarcerated . . . or the
8 | chief officer in charge of state penal institutions.'" *Id.* (quoting Rule 2(a), 28 U.S.C.
9 | foll. § 2254 advisory committee's note). If "a petitioner is in custody due to the state
10 | action he is challenging, '[t]he named respondent shall be the state officer who has
11 | official custody of the petitioner (for example, the warden of the prison).'" *Id.* (quoting
12 | Rule 2, 28 U.S.C. foll. § 2254 advisory committee's note).

13 | A long standing rule in the Ninth Circuit holds "that a petitioner may not seek
14 | [a writ of] habeas corpus against the State under . . . [whose] authority . . . the petitioner
15 | is in custody. The actual person who is [the] custodian [of the petitioner] must be the
16 | respondent." *Ashley v. Washington*, 394 F.2d 125, 126 (9th Cir. 1968). This
17 | requirement exists because a writ of habeas corpus acts upon the custodian of the state
18 | prisoner, the person who will produce "the body" if directed to do so by the Court.
19 | "Both the warden of a California prison and the Director of Corrections for California
20 | have the power to produce the prisoner." *Ortiz-Sandoval*, 81 F.3d at 895.

21 | Here, Petitioner has incorrectly named "San Diego Superior Court" as
22 | Respondent. In order for this Court to entertain the Petition filed in this action,
23 | Petitioner must name the warden in charge of the state correctional facility in which
24 | Petitioner is presently confined or the Director of the California Department of
25 | Corrections and Rehabilitation. *Brittingham v. United States*, 982 F.2d 378, 379 (9th
26 | Cir. 1992) (per curiam).

### FAILURE TO USE PROPER FORM

28 | Additionally, a Petition for a Writ of Habeas Corpus must be submitted in

accordance with the Local Rules of the United States District Court for the Southern District of California. *See* Rule 2(d), 28 U.S.C. foll. § 2254. In order to comply with the Local Rules, the petition must be submitted upon a court-approved form and in accordance with the instructions approved by the Court. *Id;* S.D. Cal. CivLR HC.2(b). Presently, Petitioner has not submitted an application for a writ of habeas corpus on a court-approved form.

### CONCLUSION AND ORDER

Based on the forgoing, the Court **DENIES** Petitioner's in forma pauperis application and **DISMISSES** the Petition without prejudice. If Petitioner wishes to proceed with this action, she must, on or before **December 2, 2013**, either pay the $5.00 filing fee or submit adequate proof she is unable to pay the fee **and** file a First Amended Petition which cures the defects identified above. The Clerk of Court shall send Petitioner a blank Southern District of California amended petition form along with a copy of this Order.

**IT IS SO ORDERED.**

DATED: October 3, 2013

HON. ROGER T. BENITEZ
United States District Judge